UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RONALD ROWE, JR.,<br><br>            Defendant. | CASE NO. CR05-216JLR<br><br>MINUTE ORDER |

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      The court has previously granted the motion to take the deposition of A.W. (Dkt. # 74 granting Dkt. # 54). The court now grants the request to take the deposition by closed circuit television and directs the United States to make arrangements to do so. To the extent that the court's minute order of August 9, 2005 (Dkt. # 74) implies that the authorization to conduct the deposition by closed circuit television had previously been granted, the minute order is amended.

      The court is in receipt of Defendant Rowe's motion to strike the deposition of A.W. (Dkt. # 75). The court directs that all opposition to the motion shall be filed by

MINUTE ORDER – 1

1  4:30 p.m. on Tuesday, August 16, 2005, and sets oral argument on the motion for
2  Wednesday, August 17, 2005, at 9:00 a.m.
3      Filed and entered this 10th day of August, 2005.

                                      BRUCE RIFKIN, Clerk

                                                s/Mary Duett
                                By
                                           Deputy Clerk

MINUTE ORDER – 2