THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RONALD ROWE, JR., )<br>MARQUIS LAMONT SMITH, and )<br>JASSICA MARIE PITTS, )<br>)<br>Defendants. )<br>_____) | NO. CR05-216JLR<br><br>ORDER CONTINUING<br>THE PRETRIAL MOTIONS<br>DEADLINE AND TRIAL |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the government and counsel for defendants Ronald Rowe, Jr., Marquis Lamont Smith and Jassica Marie Pitts makes the following findings and enters the following order:

1. On May 26, 2005, defendants Ronald Rowe, Jr., Marquis Lamont Smith, and Jassica Pitts were indicted for Kidnapping and Transporting a Minor with Intent to Engage in Sexual Activity. On June 24, 2005, Defendant Pitts was arraigned. On June 28, 2005, Defendant Rowe was arraigned. On June 29, 2005, Defendant Smith was arraigned.

ORDER CONTINUING TRIAL
ROWE, et al— 1
CR05-216JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   2.   Defendants and the government conducted a discovery conference on August 5, 2005. Because of the complex issues in this case, the parties have not yet had an opportunity to complete plea negotiations. Moreover, there is currently a deposition of the juvenile material witness scheduled for August 22, 2005. There is also pending a motion to strike that deposition. Unless there is a pretrial settlement, the parties will require additional time to fully prepare for trial

3.   Absent a pretrial settlement, the parties require additional time to fully prepare for trial. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties' need to prepare the matter for trial, in the event settlement negotiations fail, would result in a miscarriage of justice.

4.   The government and defendant have requested and stipulated to a continuance and defendants must sign and file a written waiver of speedy trial which will be filed with the Court no later than August 17, 2005.

IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued from July 21, 2005 to November 8, 2005.

IT IS HEREBY ORDERED that trial date for defendants is continued from August 17, 2005 to November 29, 2005.

///
///
///

ORDER CONTINUING TRIAL
ROWE, et al— 2
CR05-216JLR

1
2          IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
3   Section 3161(h), the period of time from the current trial date to the new trial date is
4   excluded in the computation of time under the Speedy Trial Act as this is a reasonable
5   period of delay.
6
7          DONE this 12th day of August, 2005.
8
9                                                          s/James L. Robart
                                                           _____
10                                                         JAMES L. ROBART
                                                           United States District Judge
11
12  Presented by:
13
     /s Patricia C. Lally
    _____
14  PATRICIA C. LALLY
    Assistant United States Attorney
15
16
     s/
    _____
17  JILL OTAKE
    Assistant United States Attorney
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING TRIAL
ROWE, et al— 3
CR05-216JLR